ACCUSCAN, INC., Plaintiff–Cross Appellant,

v.

XEROX CORPORATION, Defendant–Appellant.

Nos. 00–1316, 00–1320, 00–1406.

United States Court of Appeals, Federal Circuit.

DECIDED: Sept. 16, 2003.

Before CLEVENGER, Circuit Judge, PLAGER, Senior Circuit Judge, and SCHALL, Circuit Judge.

*ORDER*

The court has received a certified copy of the judgment from the Clerk of the Supreme Court of the United States in *AccuScan, Inc. v. Xerox Corporation,* 535 U.S. 1109, 122 S.Ct. 2323, 153 L.Ed.2d 152 (2002). The Supreme Court vacated this court's judgment in *AccuScan,* 18 Fed. Appx. 828, 18 Fed.Appx. 828 (Fed.Cir. 2001), and remanded for further consideration in light of *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.,* 535 U.S. 722, 122 S.Ct. 1831, 152 L.Ed.2d 944 (2002).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate issued on July 10, 2001, is hereby recalled and the appeals are reinstated.

(2) The cases shall be returned for consideration to the original merits panel.